Labor Act is drawn in question in this cause. *Messrs. John Dickinson* and *Guy W. Knight* for petitioner.

No. 787. RALSTON *v.* COX, U. S. MARSHAL. January 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. J. Frank Kemp* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 788. SHOTKIN ET AL. *v.* BEIDLER ET AL. January 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Joseph Shotkin pro se.*

No. 793. BARWICK *v.* ROBERTS, COMMISSIONER OF AGRICULTURE, ET AL. January 12, 1942. Petition for writ of certiorari to the Supreme Court of Georgia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Young H. Fraser* for petitioner.

No. 796. JACKSON *v.* O'GRADY, WARDEN. January 12, 1942. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *James E. Jackson, pro se. Messrs. Walter R. Johnson* and *C. S. Beck* for respondent.